IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                              **4:06-CR-00299-01-WRW**

**MARKETUS LADARRAL LOWE**

**ORDER**

Pending is the Prosecution's Motion for Reconsideration and Reinstatement of Dismissed Counts of the Indictment (Doc. No. 65). The Motion is DENIED for the same reasons set out in the Order entered on May 13, 2008, allowing Defendant to proceed to sentencing.

The May 13, 2008 Order reads:

The Prosecution contends that plea agreements are contractual in nature; that there was no meeting of the minds because the parties relied on inaccurate information; and that the plea agreement should be set aside. The Prosecution asserted that, because Defendant pled guilty to a violation of both sections, he should be sentenced accordingly. I disagree.[1]

I note that the sentence reading: "The Prosecution asserted that, because Defendant pled guilty to a violation of both sections, he should be sentenced accordingly" should have read: "The Prosecution asserted that, because Defendant pled guilty to a violation of both sections, with a minimum sentence of 15 years imprisonment, he should not be allowed a windfall sentence of not more than 10 years imprisonment, when that is not what the parties bargained for."

IT IS SO ORDERED this 27th day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 64.