# United States District Court

### for the

**Eastern District of Arkansas**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

APR - 6 2022

### SUPERSEDING PETITION
**(Replacing previously filed petition, Docket Entry 98)**

IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

| | |
|---|---|
| Name of Offender:   Marketus Ladarral Lowe | Case Number:   4:06CR00299-001 BRW |

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
United States District Judge

Original Offense:   Felon in Possession of a Firearm

Date of Sentence:   May 28, 2008

Original Sentence:   120 months Bureau of Prisons to run consecutive to any state court sentence to be imposed, followed by 3 years supervised release.

| | | |
|---|---|---|
| Type of Supervision:   Supervised Release | Date Supervision Commenced:   October 2, 2019 | |
| | Date Supervision Expires:   October 1, 2022 | |

| | | |
|---|---|---|
| U. S. Probation Officer:  Greg Jamerson | Asst. U.S. Attorney:   Michael Gordon | Defense Attorney:   Erin Cassinelli |

---

## PETITIONING THE COURT

☐   To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒   The Petition (Docket Entry 98) is denied as moot and superseded by this Petition
☐   To Issue a Summons
☐   Other

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| **1** | **Mandatory** | **The defendant shall not commit another federal, state, or local crime.** Mr. Lowe violated this condition of supervised release when he was arrested and charged for felony Possession of a Controlled Substance (3 counts). On March 3, 2021, Marketus L. Lowe's vehicle was approached by Conway Police Department and officers observed an open alcohol container in the vehicle. A further search revealed a baggie of suspected oxycodone, an ecstasy pill, and a substance resembling methamphetamine. Evidence in support of this charge includes arrest report number 21-02086 and eyewitness testimony of the arresting officer Matthew W. Edgmon. Mr. Lowe was booked at Faulkner County Sheriff's Office and later released on bond. On March 8, 2021, the charges were filed in the Faulkner County Circuit Court in case number 23-CR-21-222. |

Prob 12C                                     - 2 -                              Superseding Petition

Name of Offender:  Marketus Ladarral Lowe                    Case Number:  4:06CR00299-001 BRW

Mr. Lowe violated this condition of supervised release by fleeing the scene of a crime and charged with Criminal Mischief in the 2nd Degree, and Leaving the Scene of Accident Involving Property Damage. On April 7, 2021, Conway, Arkansas, Police Department responded to a call regarding an accident at College Ave. and Brownstone Dr. Upon arrival to the scene, officers observed a vehicle that had driven through a brick wall. Conway Police Department issued a misdemeanor warrant for Mr. Lowe. Evidence in support of this charge includes incident report number 21-03475 and eyewitness testimony of charging officer Tiffany Conder. The charges have been filed in the Faulkner County Circuit Court in case number CWC-21-966.

Mr. Lowe violated this condition of supervised release when he was arrested and charged with Resisting Arrest. On February 26, 2022, Conway Police Department reported to a residence where Mr. Lowe was present. Upon arrival, Mr. Lowe appeared to be intoxicated and was uncooperative with law enforcement. Evidence in support of this charge includes incident report number 22-0204004 and eyewitness testimony of charging officer Autumn R. Smith. Charges have not been filed in the Faulkner County Circuit Court and the case is still pending.

On March 9, 2022, Mr. Lowe violated this condition of supervised release when he possessed controlled substances as evidenced by his arrest for Possession of Controlled Substance Schedule VI 4 Ounces to 10 Pounds, as documented by the Conway, Arkansas, Police Department's arrest report 22-0301410. The case is pending in Case No. 23CR-22-242. the Faulkner County, Arkansas Circuit Court. Mr. Lowe was released on state bond.

| 2 | Mandatory | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** On October 3, 2019, Mr. Lowe violated this condition of supervised release when he submitted a urine specimen which tested and confirmed positive for the use of marijuana. |
|---|---|---|
| 3 | Standard (7) | On June 28, 2020, Mr. Lowe violated this condition of supervised release when he submitted a diluted urine specimen which tested and confirmed positive for marijuana. Furthermore, Mr. Lowe admitted using marijuana around the end of July 2020. |
| | | On June 16, 2021, Mr. Lowe violated this condition of supervised release when he submitted a urine specimen which tested and confirmed positive for marijuana. |

Prob 12C                                  - 3 -                        Superseding Petition

Name of Offender:  Marketus Ladarral Lowe              Case Number:  4:06CR00299-001 BRW

On December 14, 2021, Mr. Lowe violated this condition of supervised release when he submitted a urine specimen which tested and confirmed positive for the use of marijuana.

On March 4, 2022, Mr. Lowe violated this condition of supervised release when admitted to drinking alcohol in excess on the evening of February 26, 2022.

On March 14, 2022, Mr. Lowe violated this condition of supervised release when he reported for residential treatment at Recovery Centers of Arkansas and his Blood Alcohol Content (BAC) was .141. Mr. Lowe admitted to drinking in excess the evening of March 13, 2022 into the morning of March 14, 2022.

**4      Standard (2)      The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**
Mr. Lowe violated this condition of supervised release when he failed to complete his monthly supervision reports timely for November and December 2020, and January 2021.

**5      Standard (11)      The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**
Mr. Lowe violated this condition of supervised release when he was questioned by Conway Police Department and failed to report this to the U.S. Probation Officer. On January 9, 2022, Conway Police Department reported to a residence where Mr. Lowe was present. Mr. Lowe was questioned by law enforcement. Evidence in support of this violation includes incident report number 22-0101143 and eyewitness testimony of reporting officer Dustin Danner. No charges were filed.

Mr. Lowe violated this condition of supervised release when he was questioned, by Conway Police Department, and failed this to the report to the U.S. Probation Officer. On February 26, 2022, Conway Police Department reported to a residence where Mr. Lowe was present. Mr. Lowe was questioned, arrested, and cited by Conway Police Department. Evidence in support of this violation includes incident report number 22-0101143 and eyewitness testimony of reporting officer Dustin Danner. Charges have not yet been filed with Faulkner County Circuit Court and the case is still pending.

**6      Special (1)      Defendant shall participate, under the guidance and supervision of the U.S. Probation Officer, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.**

Prob 12C                                              - 4 -                                   Superseding Petition

Name of Offender:  Marketus Ladarral Lowe                          Case Number:  4:06CR00299-001 BRW

Mr. Lowe violated this condition of supervised released when he failed to attend treatment sessions as directed on January 4 and 18, 2022, February 1, and 14, 2022, and March 7, 2022.

Mr. Lowe violated this condition of supervised release when he failed to submit urine specimens as directed on February 10, 11 and 25, 2022, and March 4, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

_Gregory J. Jamerson_

Greg Jamerson
Probation Officer

Executed on   March 24, 2022

Approved by:

_Bryce Geiggar_

Bryce Geiggar
Supervisory Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_Jordan Crews_

Jordan Crews
Assistant U.S. Attorney

Executed on   4-4.22

THE COURT ORDERS:
- ☐ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
- ☒ The Petition (Docket Entry 98) is denied as moot and superseded by this Petition
- ☐ To Issue a Summons
- ☐ No Action
- ☐ Other

Prob 12C                              - 5 -                    Superseding Petition

Name of Offender: Marketus Ladarral Lowe          Case Number:  4:06CR00299-001 BRW

_____          4-6-2022
Honorable Billy Roy Wilson                        _____
United States District Judge                      Date