## CRIMINAL CASE MINUTES

**Case Title:**     **USA v Marketus Ladarral Lowe**

**Case Number:**     **4:06cr00299 BRW**

**Before U.S. Magistrate Judge Joe J. Volpe**

**Date of hearing:**  **October 25, 2022**

**Time in court:**    **2:40 p.m. - 2:47 p.m.**

**ECRO/CRD:**      **Lorna Jones**

The parties appeared for a detention hearing. The Court ordered Mr. Lowe detained pending the revocation hearing before Judge Wilson after proffer from counsel did not overcome the burden that he will not flee or pose a danger to any other person or to the community. Order of Detention will be entered. Court adjourned.

**AUSA:**   **Jordan Crews**

**Defense Counsel:**  **Megan Wilson for Erin Cassinelli**

**USPO:**  **Greg Jamerson**