# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 4:06-cr-00299-1-BRW

**MARKETUS LADARRAL LOWE**

## ORDER OF DETENTION

Defendant appeared with counsel on October 17, 2022, for an initial appearance on a supervised release revocation warrant. Defendant waived his right to a preliminary examination and requested a hearing pursuant to the Bail Reform Act. Defendant appeared with counsel on this date for the bond hearing. Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6), the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community rested with Defendant. After hearing the evidence on this matter, including evidence of Defendant's multiple arrests, I find Defendant has failed to meet this burden. Accordingly, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 25th day of October 2022.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.