AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

## UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 14 2023

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MARKETUS LADARRAL LOWE | Case No. 4:06CR00299-01 BRW |
| | USM No. 24274-009 |
| | Megan Wilson Lowman and Erin Cassinelli |
| | Defendant's Attorney |

### THE DEFENDANT:

☑ pleads no contest to violation of condition(s)  Mandatory, Standard & Special  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | Commission of another federal, state or local crime. | 05/24/2022 |
| Mandatory | Failure to refrain from excessive use of alcohol and purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled | 05/22/2022 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5604

Defendant's Year of Birth:  1978

City and State of Defendant's Residence: _____

10/12/2023
Date of Imposition of Judgment

*signature*

Signature of Judge

BILLY ROY WILSON, U.S. DISTRICT JUDGE
Name and Title of Judge

10/14/23
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: MARKETUS LADARRAL LOWE
CASE NUMBER: 4:06CR00299-01 BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | substances except as prescribed by a physician. | |
| Standard (7) | Failure to refrain from refrain from excessive use of alcohol and not purchase possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 05/12/2022 |
| Standard (2) | Failure to report to the probation officer and submit truthful and complete written report within the first five days of each month. | 01/31/2021 |
| Standard (11) | Failure to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 02/26/2022 |
| Special (1) | Failure to participate, under the guidance and supervision of the U.S. Probation Officer, in a substance abuse treatment program. | 05/11/2022 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: MARKETUS LADARRAL LOWE
CASE NUMBER: 4:06CR00299-01 BRW

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

18 months with no term of Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential or non-residential substance abuse treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL